

RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11/6/09
BY

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **BOBBY BENSON, SR., ET UX** | **CIVIL ACTION NO. 07-0672** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **GREG MCKINNEY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Emma Benson's claims against Defendants are DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with the orders of Court, pursuant to Federal Rule of Civil Procedure 41(b) and LR 41.3W. Plaintiff may move to reinstate her case within thirty (30) days for good cause shown.

MONROE, LOUISIANA, this 5th day of November, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE